Charles GAYHEART, Movant, v. W. R. MEURER, Opposed.

Court of Appeals of Kentucky.

Oct. 11, 1940.

J. B. Eversole for movant.

J. H .Asher, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

CITY OF HAZARD, Movant, v. J. C. STEELE, Opposed.

Court of Appeals of Kentucky.

Sept. 24, 1940.

W. E. Faulkner for movant.

John E. Campbell, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

NORFOLK AND WESTERN RAILWAY CO., Movant, v. Eugene JUSTICE, Opposed.

Court of Appeals of Kentucky.

Nov. 1, 1940.

O. T. Hinton for movant.

Andrew E. Auxier, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.